

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2015

No. 04-14-00620-CV

Rosa Obregon **PEREZ**, Ricardo O. Perez, individually and as next friend of Rosa Elia Perez, Maria Perez Jalomus, Juan Jose Perez, Julio Perez, Jr., and Fernando Perez, Appellants

v.

**THE GOODYEAR TIRE & RUBBER COMPANY**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 26130
Robert Cadena, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

The panel has considered the appellee's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court